UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIGITTE S. THOMAS, et al | CIVIL ACTION |
| VERSUS | NO.: 15-1749 |
| FLORIDA GAS TRANSMISSION COMPANY, LLC, et al | SECTION: G/4 |

### ORDER TRANSFERRING CASE

The Court has been informed that the above-captioned matter is related to Civil Action No. 14-1415, *Janie Thigpen, individually and on behalf of all others similarly situated vs Florida Gas Transmission Company, LLC, et al,* currently allotted to Section J/1 of this Court.

Accordingly, **IT IS ORDERED** that this matter is hereby transferred to Section J/1.

New Orleans, Louisiana, this  26th  day of May 2015.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

5/26/15
TRANSFERRED TO
**SECT. J MAG 1**