UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANIE THIGPEN ET AL                                    CIVIL ACTION

VERSUS                                                 NO: 14-1415
                                                       c/w  15-1749

FLORIDA GAS TRANSMISSION                               SECTION: "J" (1)
COMPANY, LLC, ET AL

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties have firmly agreed upon a compromise,

**IT IS ORDERED** that the claims of the parties are hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty days, for the parties to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 15th day of October, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE